UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP,<br><br>        Plaintiff,<br><br>        v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>        Defendants. | Civil Action No. 25-1435 (ACR) |

**JOINT STATUS REPORT**

Pursuant to the Court's August 19, 2025, Minute Order, Plaintiff Akin Gump Strauss Hauer & Feld LLP ("Plaintiff") and Defendant Department of Homeland Security and United States Customs and Border Protection ("CBP") (collectively "Defendants"), by and through undersigned counsel, hereby submit this Joint Status Report. The parties report as follows:

Plaintiff brings this case under the Freedom of Information Act ("FOIA") seeking to compel the release of documents relating to one FOIA request sent to CBP. *See generally* Compl. (ECF No. 1).

The Court order, *inter alia*, the parties to file a status report and address the following issues: (1) the status of Plaintiff's FOIA request; (2) the anticipated number of documents responsive to Plaintiff's FOIA request; (3) the anticipated date(s) for release of those documents; and (4) whether a motion for a stay under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976), is likely.

CBP has completed production in this matter. CBP made one release on June 9, 2025, and a final release on August 7, 2025. The parties have conferred and narrowed the issues in this

matter to FOIA Exemption 7(E) withholdings made in the August 7, 2025, production. Consequently, the parties are ready to proceed to summary judgment briefing and request the following schedule to file their pre-motion notices:

- Defendants will file their pre-motion notice on October 6, 2025;

- Plaintiff's will file their pre-cross-motion notice and response to Defendants' pre-motion notice on October 14, 2025; and,

- Defendants will file their response to Plaintiff's pre-cross-motion notice on October 21, 2025.

The parties respectfully request that the Court order the schedule mentioned above.

| | |
|---|---|
| Dated: September 9, 2025 | Respectfully submitted, |
| */s/ Caroline Lewis Wolverton* | JEANINE FERRIS PIRRO |
| Caroline Lewis Wolverton | United States Attorney |
| AKIN GUMP STRAUSS HAUER & FELD LLP | |
| 2001 K Street, NW | By: */s/ Stephanie R. Johnson* |
| Washington, DC 20006 | STEPHANIE R. JOHNSON, |
| (202) 887-4107 | DC Bar # 1632338 |
| Cwolverton@akingump.com | Assistant United States Attorney |
| | 601 D Street, NW |
| *Attorneys for Plaintiff* | Washington, DC 20530 |
| | (202) 252-7874 |
| | Stephanie.Johnson5@usdoj.gov |
| | |
| | *Attorneys for the United States of America* |